CHARLES KALFAYAN, Respondent, *v.* COMPAGNIE FRANCAISE DE NAVIGATION A VAPEUR (CYPRIEN FABRE ET CIE), Appellant.

(Argued October 13, 1931; decided October 23, 1931.)

*Morton L. Feary* and *N. M. Barron* for appellant.

*Arthur T. O'Leary* for respondent.

Judgment of the Appellate Division and that of the Trial Term reversed, and complaint dismissed, with costs in all courts on the ground that the evidence does not sustain a finding of the defendant's negligence; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.